UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CASE NO.: 03 12315 PBS

| | |
|---|---|
| DON SHAPIRO, INC., d/b/a<br>DON SHAPIRO PRODUCE | )<br>)<br>) |
| v. | )<br>) |
| CAPITOL FOOD CORP. OF<br>FIELDS CORNER, et al | )<br>) |

## VOLUNTARY DISMISSAL

Now comes the Plaintiff, Don Shapiro, Inc. d/b/a Don Shapiro Produce and pursuant to Federal Rules Civ. P. 41(a) (1) (i) and voluntarily dismisses this action without prejudice and without costs.

DON SHAPIRO, INC. d/b/a
DON SHAPIRO PRODUCE

By its Attorney
FLOOD & HARTIGAN

John J. Hartigan
BBO #224390
81 Bridge Street
Lowell, MA 01852
Tel: (978) 441-9900

Dated: 5/14/04